AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

In re: Infinity Business Group, Inc.,
   *Debtor*

Robert F. Anderson, as Chapter 7
Trustee for Infinity Business Group, Inc.,
   *Appellant*
         v.                                                Civil Action No.    3:19-03096-JMC

Morgan Keegan & Company, Inc., and Keith E. Myers,
   *Appellees*

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the appeal of the Trustee's is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having affirmed the decision of the US Bankruptcy Court's order issued October 15, 2019.

Date:   March 31, 2021                                            *CLERK OF COURT*

                                                                    s/Angie Snipes
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*